IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DWAYNE CLINE NIMMONS,**

    Petitioner,

v.                                        Case No.: 4:12cv349/MCR/GRJ

**SECRETARY, DEPT.
OF CORRECTIONS,**

    Defendant.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 11, 2013 (doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The defendant's motion to dismiss (doc. 16) is **GRANTED**.

3. The petition for a writ of habeas corpus (doc. 1) is **DENIED**.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 28th day of May, 2013.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**